#### 14623.   WATERS *v.* SCOTT.

STEPHENS, J.  This being an affidavit of illegality to a judgment rendered against the affiant as surety upon a bond given by the defendant in a proceeding to foreclose a sawmill lien on lumber, and it appearing that the defense set up by the affiant was that the plaintiff had taken possession of the lumber levied on and had converted the same to his own use before judgment had been rendered upon the bond, and this defense being one that could have been made by the affiant before judgment, the court properly dismissed the affidavit of illegality.  See *Shapiro* v. *Bank of Graymont,* 31 *Ga. App.* 576, and the authority there cited.        *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 27, 1924.

Affidavit of illegality of execution; from city court of Statesboro —Judge Proctor.   April 10, 1923.

*Anderson & Jones,* for plaintiff in error.

*Deal & Renfroe,* contra.